UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>Amherst Country Club, Inc.</u>

    v.                        Civil No. 07-cv-136-JL

<u>Harleysville Worcester</u>
<u>Insurance Co.</u>


**O R D E R**

Due to a court scheduling conflict, the motion hearing currently scheduled in this case for Friday, May 30, 2008 at 10:00 a.m., shall be re-scheduled.


**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge


Dated:  May 28, 2008

cc:  Timothy G. Kerrigan, Esq.
     Andrew J. Piela, Esq.
     Lawrence A. Dugan, Esq.
     Ralph Suozzo, Esq.